UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MERRELL C. SAGER,

    Plaintiff,

    v.

RICHARD C. ADAMSON, in his judicial and
individual capacity; MASON COUNTY,
WASHINGTON; MASON COUNTY
SUPERIOR COURT; MASON COUNTY
SHERIFF'S DEPARTMENT; SHERIFF
CASEY SALISBURY, in his official and
personal capacity,

    Defendants.

Case No. C08-5463 FDB

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
AND RENEWED MOTION FOR
REMOVAL OF THE JUDGE FROM
THIS CASE

    This matter comes before the Court on Plaintiff Merrell Sager's Motion for Reconsideration
and Renewed Motion for Removal of Judge From the Case.. The Court, having considered the
Plaintiff's pleadings and the balance of the record, finds that the motions should be denied.

    Addressing the renewed motion for recusal, there is permitted but one motion for
recusal(removal). 28 U.S.C. § 144. A motion for removal was filed at commencement of the action
wherein this Judge declined to recuse himself from these proceedings. Pursuant to Local Rule 8(c)
the Chief Judge reviewed the motion ,found no evidence of bias or prejudice, and denied the motion.

ORDER - 1

1    Thus, the renewed motion is not cognizable and is denied.

2        Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored,

3    and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b)

4    facts or legal authority which could not have been brought to the attention of the court earlier,

5    through reasonable diligence.  Plaintiff has not made the requisite showing as to either of the grounds

6    for reconsideration under CR 7(h)(1).  Plaintiff attempts to use this motion to revisit the factual and

7    legal argument made previously to this Court .  The Court is not persuaded by this reargument.

8    Plaintiff's motion does not demonstrate a manifest error in the Court's prior ruling dismissing the

9    action,  nor does it provide the Court with any new information not previously considered.  The

10   motion for reconsideration is denied.

11        ACCORDINGLY,

12        IT IS ORDERED:

13        (1)    Plaintiff's Renewed Motion for Removal of Judge from Case [Dkt. #26] is DENIED.

14        (2)    Plaintiff's Motion for Reconsideration [Dkt # 25] is DENIED.

15        (3)    The Court will not consider any further pleadings filed in this matter.

16

17        Dated this 29th day of September, 2008.

18

19

20                                                    _____

                                                     FRANKLIN D. BURGESS
21                                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26   ORDER - 2